IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| COMMUNITY HEALTH GROUP, | ) | |
| DALE K. RAMSEY, THOMAS J. LANGENBERG | ) | |
| and MICHAEL KERR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-00708-CV-W-DW |
| | ) | |
| FRANCISCO GARCIA-FERRER, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties jointly move to extend the temporary restraining order in place in this case (Doc. 38). The parties state that they have agreed to a settlement of this matter and request additional time to evaluate documentation needed to resolve the cost offset issues affecting the settlement. Furthermore, Plaintiffs have posted bond as required by the Court's August 8, 2005 temporary restraining order. For good cause shown, the Court grants the motion, pursuant to Rule 65 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that this order shall expire at 5:00 PM on November 13, 2006 unless before this time, the order, for good cause shown, is extended by the Court for an additional period not to exceed 10 days unless Defendant consents to an extension for a longer period.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Entered at 5:00 P.M. on August 14, 2006.