**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| COMMUNITY HEALTH GROUP, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-0708-CV-W-DW |
| | ) | |
| FRANCISCO GARCIA-FERRER, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 44).

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DISMISSES the above-styled

action *with prejudice*. The fees and costs associated with this action shall be borne by the parties

individually. The Clerk of the Court is directed to mark this action as closed and terminate the

pending motion to enforce the settlement agreement (Doc. 43).

Date: February 26, 2007                                   /s/ DEAN WHIPPLE
                                                          Dean Whipple
                                                          United States District Court